UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 MAY -2 AM 9:57

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JOSE HERNANDEZ (1),<br><br>                Defendant. | CASE NO. 12CR1322 JLS<br><br>**JUDGMENT OF DISMISSAL**  |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

8:1326(a) and (b) - Deported Alien Found in the United States

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/1/2012

                                              William V. Gallo
                                              U.S. Magistrate Judge